JS-6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ERIC FRIMPONG,<br><br>        Petitioner,<br><br>        v.<br><br>JAMES MacDONALD, Warden,<br><br>        Respondent. | No. CV 12-06995-JVS (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: May 05, 2014

                                                  JAMES V. SELNA<br>                                                  United States District Judge