O



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ERIC FRIMPONG,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JAMES MacDONALD, Warden,<br><br>　　　　Respondent. | No. CV 12-06995-JVS (DFM)<br><br>ORDER DENYING A<br>CERTIFICATE OF<br>APPEALABILITY |

Effective December 1, 2009, Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts was amended to read as follows:

　　　　(a)　Certificate of Appealability. The district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant. Before entering the final order, the court may direct the parties to submit arguments on whether a certificate should issue. If the court issues a certificate, the court must state the specific issue or issues that satisfy the showing required by 28 U.S.C. § 2253(c)(2). If the court denies a certificate, the parties may not appeal the denial but may seek a

certificate from the court of appeals under Federal Rule of Appellate Procedure 22. A motion to reconsider a denial does not extend the time to appeal.

  (b) Time to Appeal. Federal Rule of Appellate Procedure 4(a) governs the time to appeal an order entered under these rules. A timely notice of appeal must be filed even if the district court issues a certificate of appealability.

Under 28 U.S.C. § 2253(c)(2), a Certificate of Appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." The Supreme Court has held that this standard means a showing that "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." Slack v. McDaniel, 529 U.S. 473, 483-84 (2000) (internal quotation marks omitted).

Here, the Court finds and concludes that Petitioner has not made the requisite showing with respect to the claims alleged in the Petition.

Accordingly, a Certificate of Appealability is denied in this case.

Dated: May 05, 2014

              JAMES V. SELNA
              United States District Judge

Presented by:

DOUGLAS F. McCORMICK
United States Magistrate Judge

2